# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     MAGISTRATE NO.: _16 - 9084_

                      :

     V.                  :     CRIMINAL ACTION

                      :

_Enrique Mendez_      :     ORDER OF RELEASE

The Court orders the defendant, _Enrique Mendez-Mendoza_, is ordered
released on a personal recognizance bond with the following bail conditions:

     (1) Reporting, as directed, to U.S. Pretrial Services;

     (2) The defendant shall appear at all future court proceedings;

     (3) Submit to drug testing and treatment, as deemed necessary;

     (4) Other: _____

_Enrique Mendoza_      _4/7/16_
DEFENDANT                 DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice
of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

_____
DATE

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice
of penalties applicable to violation of conditions of release.

_____
U.S. PRETRIAL SERVICES OFFICER